UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| JIMMY WEIR, | )   CASE NO. 13-80508-FJO-13 |
| VICKI WEIR | ) |
| | ) |
| Debtor(s) | ) |

## MOTION TO APPROVE LOAN MODIFICATION

Come now Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as

Trustee for Stanwich Mortgage Loan Trust, Series 2012-18 ("Christiana Trust"), by counsel, and

advises the court as follows:

1.      On April 30, 2013, the above-named Debtor(s) filed petition pursuant to Chapter

13 of the Bankruptcy Code.

2.      Christiana Trust is the holder of a claim is secured by the real property located at

2840 North 17th Street, Terre Haute, Indiana 47804-2010.  The Note secured by the Mortgage

dated April 17, 2008 ("the loan"), is in default.

3.       Christiana Trust has prepared a modification of the loan which will capitalize the

existing debt and facilitate repayment of the sums due. The specific modifications to the existing

loan are as follows:

| Current Terms | | | Proposed Modified Terms | |
|---|---|---|---|---|
| Current UPB | $92,677.34 | | Modified UPB | $112,983.83 |
| Current Maturity Date | 04//22/2038 | | Modified Maturity Date | 04/22/2038 |
| Current Interest Rate | 8.568% | | Modified Interest Rate | 6.0% |
| Current Payment Due Date | 05/01/2013 | | Post Modification Due Date | 06/01/2013 |
| Current P & I | $712.00 | | Post Modified P&I eff. 6/1/13 | $697.42 |
| Current Payment Amount | $768.75 | | Modified Pmt Amount eff. 5/1/2011 | $754.17 |

4.       Debtor shall execute any formal loan modification documents as needed to

complete the modification process.  Failure to complete the modification shall result in all of the

original terms of the note and mortgage remaining in effect.

5.       All terms of the original note and mortgage not specifically modified shall remain

in effect.

6.       If the final loan modification terms should change, Christiana Trust will submit

the final loan modification for further court approval.

WHEREFORE, Christiana Trust  prays that the Court grant their Motion to

Approve Loan Modification, and for all other relief as is just.


/s/ RANDY C EYSTER
Randy C. Eyster, Attorney for Christiana
Trust, , A Division of Wilmington Savings
Fund Society, FSB, as Trustee for Stanwich
Mortgage Loan Trust, Series 2012-18
251 North Illinois Street, Suite 1700
Indianapolis, IN 46204
317-237-2727
Fax: 317-237-2717
Email: REYSTER@feiwellhannoy.com


AGREED AND STIPULATED TO THIS  18th DAY OF  SEPTEMBER, 2013.


_____
James Wiesneth, Attorney for Debtors

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically

noticed or mailed via United States mail, first class, on September 27, 2013 the following:

Jimmy Weir
Vicki Weir
Debtor
2840 North 17th Street
Terre Haute, Indiana 47804-2010


James Wiesneth
Attorney at Law
PO Box 3148
400 Wabash Avenue
Terre Haute, Indiana 47803


Donald L. Decker
Trustee
PO Box 9237
Terre Haute, Indiana 47808-9237


US Trustee
Nancy J. Gargula
101 West Ohio Street
Suite 1000
Indianapolis, Indiana 46204


/s/RANDY C EYSTER
RANDY C. EYSTER, Attorney #
22643-49
Attorney for Christiana Trust, A
Division of Wilmington Savings Fund
Society, FSB, as Trustee for Stanwich
Mortgage Loan Trust, Series 2012-18

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**